**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Jerry W. Hedrick,<br><br>         Plaintiff,<br><br>    v.<br><br>BNC National Bank,<br><br>         Defendant. | Civil Action No. 2:15-cv-9358 JAR/GLR |

**ENTRY OF APPEARANCE**

John W. Shaw hereby provides notice that he is entering his appearance for Defendant BNC National Bank.

Dated:  November 20, 2015            **BERKOWITZ OLIVER WILLIAMS
                                       SHAW & EISENBRANDT LLP**

                                     By:   /s/ John W. Shaw
                                         John W. Shaw, #70091
                                         Jennifer B. Wieland, #22444
                                         2600 Grand Boulevard, Suite 1200
                                         Kansas City, MO  64108
                                         Telephone:   (816) 561-7007
                                         Facsimile:    (816) 561-1888
                                         E-mail:  jshaw@berkowitzoliver.com
                                                    jwieland@berkowitzoliver.com

                                     and

**ANTHONY OSTLUND BAER & LOUWAGIE P.A.**

Richard T. Ostlund
  (*pro hac vice pending*)
Shannon M. Awsumb
  (*pro hac vice pending*)
3600 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402
Telephone:   (612) 349-6969
Facsimile:   (612) 349-6996
E-mail:   rostlund@anthonyostlund.com
          sawsumb@anthonyostlund.com

*Attorneys for Defendant BNC National Bank*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ John W. Shaw
*Attorneys for Defendant BNC National Bank*